B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Eastern District of Virginia-Richmond Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Plan 9, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Plan 9 Music; AKA Recordfinders** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**54-1319307** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2410 Ownby Lane**<br>**Richmond, VA**<br>ZIP Code **23220-1319** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Richmond City** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13     ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ■ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information     *** Joseph T. Liberatore VSB #32302 *** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Plan 9, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>Signature of Attorney for Debtor(s)                    (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

  ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

  ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

  ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Plan 9, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Joseph T. Liberatore VSB** _____
Signature of Attorney for Debtor(s)

**Joseph T. Liberatore VSB #32302**
Printed Name of Attorney for Debtor(s)

**Crowley, Liberatore, Ryan & Brogan, PC**
Firm Name

**Town Point Center, Suite 300**
**150 Boush Street**
**Norfolk, VA 23510**

Address

**(757) 333-4500  Fax: (757) 333-4501**
Telephone Number

**October 18, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ James V. Bland III** _____
Signature of Authorized Individual

**James V. Bland III**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October 18, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia-Richmond Division

In re    **Plan 9, Inc.**                           Case No. _____

Debtor(s)          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) <br><br> *Name of creditor and complete mailing address including zip code* | (2) <br><br> *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) <br><br> *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) <br><br> *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) <br><br> *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **World of Mirth**<br>**3005 W. Cary St.**<br>**Richmond, VA 23221** | **World of Mirth**<br>**3005 W. Cary St.**<br>**Richmond, VA 23221** | **Special Circumstance, as James Bland is 50% owner and have a substantial note to him** | | **232,267.54** |
| **James V. Bland--Shareholder**<br>**9996 Stone Path Dr.**<br>**Ashland, VA 23005** | **James V. Bland--Shareholder**<br>**9996 Stone Path Dr.**<br>**Ashland, VA 23005** | **Funds Loaned to Debtor (Amount does not include accured interest)** | | **187,779.77** |
| **James Bland**<br>**9994 Stone Path Dr.**<br>**Ashland, VA 23005** | **James Bland**<br>**9994 Stone Path Dr.**<br>**Ashland, VA 23005** | **Funds Loaned to Debtor (Amount does not include accured interest)** | | **165,650.62** |
| **James V. Bland III**<br>**9994 Stone Path Drive**<br>**Ashland, VA 23005** | **James V. Bland III**<br>**9994 Stone Path Drive**<br>**Ashland, VA 23005** | | | **78,308.80** |
| **C.B.L. Associates, LLC**<br>**PO Box 6355**<br>**Richmond, VA 23230** | **C.B.L. Associates, LLC**<br>**PO Box 6355**<br>**Richmond, VA 23230** | | | **76,888.57** |
| **Dumbarton Properties**<br>**PO Box 9462**<br>**Richmond, VA 23228** | **Dumbarton Properties**<br>**PO Box 9462**<br>**Richmond, VA 23228** | | | **42,745.55** |
| **Gift Certificate Liability**<br>**See attached Exhibit** | **Gift Certificate Liability**<br>**See attached Exhibit** | **Gift Certificates sold in Richmond** | | **37,850.67** |
| **Super - Phantom Imports**<br>**PO Box 15628**<br>**Irvine, CA 92623-5628** | **Super - Phantom Imports**<br>**PO Box 15628**<br>**Irvine, CA 92623-5628** | | | **31,054.17** |
| **Universal Music**<br>**PO Box 98279**<br>**Chicago, IL 60693** | **Universal Music**<br>**PO Box 98279**<br>**Chicago, IL 60693** | | | **27,006.54** |
| **Warner Elektra Atlantic Corp.**<br>**Dept. CH 10125**<br>**Palatine, IL 60055-0125** | **Warner Elektra Atlantic Corp.**<br>**Dept. CH 10125**<br>**Palatine, IL 60055-0125** | | | **23,008.87** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Plan 9, Inc.**                                                    Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Chase Amazon Cardmember Service PO Box 15153 Wilmington, DE 19886-5153** | **Chase Amazon Cardmember Service PO Box 15153 Wilmington, DE 19886-5153** | **Personal Gurantee - James Bland** | | **18,553.68** |
| **Silas Creek Crossing Assoc. 14600 Detroit Ave. #1500 Lakewood, OH 44107** | **Silas Creek Crossing Assoc. 14600 Detroit Ave. #1500 Lakewood, OH 44107** | | | **17,387.46** |
| **Gift Certificate Liability See attached Exhibit** | **Gift Certificate Liability See attached Exhibit** | **Gift Certificates sold in Albemarle** | | **15,476.25** |
| **Purchase Power (RF) PO Box 856042 Louisville, KY 40285-6042** | **Purchase Power (RF) PO Box 856042 Louisville, KY 40285-6042** | | | **14,310.25** |
| **Capitol One PO Box 71083 Charlottesville, NC 28272-1083** | **Capitol One PO Box 71083 Charlottesville, NC 28272-1083** | **Personal Guaranty - James Bland** | | **14,160.05** |
| **Alliance Entertainment Corp. P.O. Box 9008 Coral Springs, FL 33075-9008, FL 33075-9008** | **Alliance Entertainment Corp. P.O. Box 9008 Coral Springs, FL 33075-9008, FL 33075-9008** | | | **14,156.66** |
| **CHASE Cardmember Service PO Box 15153 Wilmington, DE 19886-5153** | **CHASE Cardmember Service PO Box 15153 Wilmington, DE 19886-5153** | | | **13,546.28** |
| **David H. Berry, P.C. 8001 Franklin Farms Dr. #205 Richmond, VA 23288** | **David H. Berry, P.C. 8001 Franklin Farms Dr. #205 Richmond, VA 23288** | | | **13,150.00** |
| **Sony Music Entertainment, Inc. Mellon BANk PO Box 371651 Pittsburgh, PA 15251-7651** | **Sony Music Entertainment, Inc. Mellon BANk PO Box 371651 Pittsburgh, PA 15251-7651** | | | **11,513.26** |
| **Bank of America PO Box 15026 Wilmington, DE 19850-5026** | **Bank of America PO Box 15026 Wilmington, DE 19850-5026** | **Personal Credit Card - Business Debt** | | **11,292.80** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Plan 9, Inc.**                                              Case No.                                  
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **October 18, 2011**                              Signature   **/s/ James V. Bland III**
                                                          **James V. Bland III**
                                                      **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                 Best Case Bankruptcy

Ofc of the U.S. Trustee
Mary D. France, AUST
225 Market St, Ste 503
Harrisburg PA 17101


Absolute Plumbing
PO Box 4371
Charlottesville VA 22905


Adam Gecking
3108 Stuart Ave.
Richmond VA 23221


ADT Security Services, Inc.
PO Box 371967
Pittsburgh PA 15250-7967


All Good Music Festival Inc.
2801 Chevy Chase Circle
Jefferson MD 21755


Allan M. Heyward, Jr., Esq.
Cook Heyward Lee Hopper & Feehan
4551 Cox Rd, Suite 210
PO Box 3059
Glen Allen VA 23058-3059


Alliance Entertainment Corp.
P.O. Box 9008
Coral Springs, FL 33075-9008 FL 33075-9008


Atlantic Corrugated Box Company
1701 Ruffin Road
Richmond VA 23234


Bank of America
PO Box 15026
Wilmington DE 19850-5026

BDC Music Group Inc.
1621 Lakeville Dr.
Kingwood TX 77339


Bernard Knarr
2110 S. Main St.
Dubois PA 15801


Big Daddy Music Distribution
162 M. 8th St.
Kenilworth NJ 07033


Blauch Brothers
PO Box 1092
Harrisonburg VA 22803


BRAVADO
330 7th Ave.
2nd Floor
New York NY 10001


C.B.L. Associates, LLC
PO Box 6355
Richmond VA 23230


Capitol One
PO Box 71083
Charlottesville NC 28272-1083


Cavalier Business Comm.
PO Box 9001111
Louisville KY 04029-0111


Cavalier Container
2316 Highland Ave.
Charlottesville VA 22903

CBL Associates, LLC
3401 W. Broad Street
Richmond VA 23230


CBUJ Enterprises, Inc.
3730 Vulcan Drive
Nashville TN 37211


Century Link
PO Box 96064
Charlottesville NC 28296-0064


Charlie Claggett
c/o Plan 9
2410 Ownby Lane
Richmond VA 23220


CHASE
Cardmember Service
PO Box 15153
Wilmington DE 19886-5153


Chase Amazon
Cardmember Service
PO Box 15153
Wilmington DE 19886-5153


Choke Inc.
PO Box 4694
Chicago IL 60680


City Hall Records
101 Glacier Point
Suite C
San Rafael CA 94901


City Magazine of Va. Inc.
206 Market Square
Roanoke VA 24011

City of Charlottesville (3A)
Utility Billing Office
PO Box 591
Charlottesville VA 22902


City of Richmond
Division of Assessments
900 E. Broad Street, Room 103
Richmond VA 23219


City of Richmond
P. O. Box 26505
Richmond VA 23261-6505


City of Richmond (Alarms)
Dept. of Finance Room 102
900 E. Broad Street
Richmond VA 23219


City of Richmond Public Utilities
Dept. of Public Utilities
PO Box 75650
Baltimore MD 21275-5650


City of Ricmond (99)
PO Box 26060
Richmond VA 26060


Coca-Cola Ent. Bottling Co.
PO Box 100712
Atlanta GA 30384-0712


Commissioner of the Revenue
P. O. Box 245
Williamsburg VA 23187


Commonwealth Pub Broad
.23 Sesame St.
Richmond VA 23235

Consignment Debt
SEE ATTACHED EXHIBIT


Consulting Associates
4902 Riverside Dr.
Richmond VA 23225-3106


County of Albemarle
Department of Finance
401 McIntire Road
Room 130
Charlottesville VA 22902-4596


CULTURENIK
1903 W. Main St.
Stroudsburg PA 18360


Custom Packaging, Inc.
1003 Commerce Road
Richmond VA 23224


CVILLE
308 E. Main St.
Charlottesville VA 22902


Danny Willis
404 N. Sheppard ST>
Apt. 4
Richmond VA 23221


David H. Berry, P.C.
8001 Franklin Farms Dr.
#205
Richmond VA 23288


David Reiss
141 Cabot Road
Massapequa NY 11758-8199

```
DEX
PO Box 9001401
Louisville KY 40290


Dominion Va. Power (99)
PO Box 26543
Richmond VA 23290-0001


Dumbarton Properties
PO Box 9462
Richmond VA 23228


Ed Leahy
81 Pondfield Rd.
#331
Bronxville NY 10708


EMI Music Distribution
b-o Sta International
PO Box 707
Uniondale NY 11553


ESI Energy Services Inc.
3007-C West Clay St.
Richmond VA 23221


F&W Publications Inc. (Adv.)
c-o SZABO Assoc.
3355 Lenox Rd.
Suite 945
Atlanta GA 30326


FILLZ
Suite 500-655 Tyee Road
Victoria, BC
V9A 6X5 CANADA


Firehouse Theatre Project
1609 West Broad Street
Richmond VA 23220
```

Forced Exposure
219 Medford St.
St. Malden MA 02148


FOTOFOLIO
561 Broadway
2nd Floor
New York NY 10012


Frank Stavola
52 Linden Street
Weathersfield CT 06109


Giant Seminole Limited Partnership
P. O. Box 5526
Charlottesville VA 22905


Gift Certificate Liability
See attached Exhibit


Gift Certificate Liability
See attached Exhibit


Gift Certificate Liability
See attached Exhibit


Gift Certificate Liability
See attached Exhibit


Gotham Dist.
60 Portland Road
Conshohocken PA 19428

Greenwood Stores Company Inc.
207 Challenger Way
Hampton VA 23666


Harmonia Mundi USA, Inc.
1117 Chestnut Street
Burbank CA 91506


Haymaker Productions
6000 Monument Ave.
Richmond VA 23226


Humana Dental Insurance Co.
PO Box 0884
Carol Stream IL 60132-0884


IDEARC MEDIA CORP. (6)
PO Box 619009
Dallas TX 75261-9009


IDEARC Media Corp. (6)
PO Box 619009
DFW Airport TX 75261-9009


Inkwell
112 North Allen Ave.
Richmond VA 23220


Internal Revenue Service
P. O. Box 7346
Philadelphia PA 19101-7346


James Bland
9994 Stone Path Dr.
Ashland VA 23005

James V. Bland III
9994 Stone Path Drive
Ashland VA 23005


James V. Bland III
2410 Ownby Lane
Richmond VA 23220


James V. Bland III
2410 Ownby Lane
Richmond VA 23220


James V. Bland III
2410 Ownby Lane
Richmond VA 23220


James V. Bland--Shareholder
9996 Stone Path Dr.
Ashland VA 23005


Jeff Jones
4325 Pescadero Ave.
San Diego CA 92107


Jeff Jones (2)
319 Wheatfield Circle
Hatfield PA 19440-3091


Jim Duffy
184 Mill Road
West Seneca NY 14224-4154


Jim Lyons
PO Box 124
Greenfield MO 65661

June Bland
c-o 9994 Stone Path Dr.
Ashland VA 23005


Junketboy.com
3738 4th Terrace
North Birmingham AL 35222


Kaufman & Canoles
PO Box 3037
Norfolk VA 23514


KC Sales
4807 Lakeview Canyon Rd.
#627
Westlake Village CA 91361


Ken Sweeney
210 Brook Village Rd.
Apt. 19
Nashua NH 03022-2796


KGH Services, LLC
PO Box 566
Mechanicsville VA 23111


Liason Records, Inc.
9435 Washington Blvd.
Suite J
Laurel MD 20723


Marteck
8435 Georgetown Rd.
Suite 200
Indianapolis IN 46268


Matador
304 Hudson St.
7th Floor
New York NY 10013

Midlothian Mechanical
1500 Huguenot Rd.
Suite 101
Midlothian VA 23113


Music Today
PO Box 880
Crozet VA 22932


Music Video Distributiors Inc.
PO Box 280
Oaks PA 19456


Naxos of America Inc.
1810 Columbia Ave.
Suite 28
Franklin TN 37064


NC Department of Tax
NCDOR Doc & Payment Processing  Div.
P. O. Box 25000
Raleigh NC 27640-0001


Offf-Beat Records
165 Front Street
Tower C, 2nd Floor
Chicopee MA 01013


Parking Control Corporation
9 Glebe Close
Richmond VA 23227-3334


Paul Luther
99 Orchard St.,
Somerville MA 02144


Pharrout, LLC
1205 W. Main St.
Suite 211
Richmond VA 23220

Purchase Management Associates
3412 West Leigh Street
Richmond VA 23230


Purchase Power
PO Box 856042
Louisville KY 40285-6042


Purchase Power (RF)
PO Box 856042
Louisville KY 40285-6042


Record Depot
PO Box 3057
Roanoke VA 24015


Red Zebra Broadcasting, LLC
PO Box 11798
Lynchburg VA 24506


Redeye
449-A Trollingwood Rd.
Haw River NC 27258


Richard C. Bishop
6532 Tallwood Dr., SW
Roanoke VA 24018


Richard Cohen
2317 Corporal Kennedy St.
Bayside NY 11360


Richmond Magazine
2201 W. Broad Street
Suite 105
Richmond VA 23223-2022

Richmond Moving Image Co-Op
PO Box 7469
Richmond VA 23221


Richmond Music Center
10364 Midlothian urnpike
Richmond VA 23235


Rio Associates Limited Partnership
c-0 Allan M. Heyward, Jr., Esq.
Cook Heyward Lee Hopper et. al.
P. O. Box 3059
Glen Allen VA 23058-3059


Robert Grey
109 Fairview St.
Belvedere SC 29841


Ron Batliner
PO Box 3905
Fredericksburg VA 22402


Sandra Hood
119 Red Tail Loop
Pawleys Island SC 29585


Sands Anderson Marks & Miller
PO Box 1998
Richmond VA 23218-1998


Sea of Sound Productions
12130 Wexwood Drive
Richmond VA 23236-4125


Sean Dowdall
4109 Beechnut Lane
Durham NC 27707

SFP Company, LP
PO Box 9462
Richmond VA 23228


Silas Creek Crossing Assoc.
14600 Detroit Ave.
#1500
Lakewood OH 44107


Sndra R. Claytor
10108 Krause Rd.
Suite 101
Chesterfield VA 23832


Something Special
806 Breexewood DR>
Glenshaw PA 15116


Sony BMG (331508)
LockBox # 371651
PO Box 371651
Pittsburgh PA 15251-7651


Sony Music Entertainment, Inc.
Mellon BANk
PO Box 371651
Pittsburgh PA 15251-7651


Sound of California
13717 Nectarine Ave.
Corona CA 92880


Southern Health Service Inc.
PO Box 6485
Carol Stream IL 60197-6485


Spotts Fain
PO Box 1555
Richmond VA 23218-1555

Staples Credit Plan
PO Box 689020
Des Moines IA 50368-9020


STAR 94.3
PO Box 1085
Staunton VA 24402-1085


Sue Bland
9995 Stone Path Dr.
Ashland VA 23005


Super - Phantom Imports
PO Box 15628
Irvine CA 92623-5628


Synerg Distribution
1747 First Ave.
3rd Floor
New York NY 10128


Talley-Anchor Sign Company
1044 Ruritan Boulevard
Chesapeake VA 23324


The Cavalier Daily
Univ. of Virginia
PO Box 40703
Charlottesville VA 22904-4703


The Daily Progress
PO Box 6220
Charlottesville VA 22906


The Daily Sunday Review
116 Main Street
Towanda PA 18848

The Hook
100 2nd St., NW
Charlottesville VA 22902


The Orchard (TV)
c-o S.S. Sampliner & Co.
505 8th Ave.
New York NY 10018


The Wallace Haines Company
6922 Houston Road
Eaton Rapids MI 48827


Three One One Productions
10505 Barbara Lane
Richmond VA 23233


Tiara Woolley
308-A Patriot Lane
Williamsburg VA 23185


ULINE
2200 S. Lakeside Drive
Waukegan IL 60085


Universal Music
PO Box 98279
Chicago IL 60693


Universal Posters
101 W. 23rd St.,
Suite 2288
New York NY 10101


UPS Mail Innovations
13573 Collections Center Dr.
Chicago IL 60693

VA Dept. of Taxation
P. O. Box 2626
Richmond VA 23261-6626


Vestcom
PO Box 34838
Newark NJ 07189-1372


Warner Elektra Atlantic Corp.
Dept. CH 10125
Palatine IL 60055-0125


Warren Whitney & Sherwood
7231 Forest Ave.
Suite 203
PO Box 17413
Richmond VA 23226


William Harlow
5804 Rolling Bluff Lane
Indianapolis IN 46221


WNRN 91.9 FM
91.9 FM
2250 Old Ivy Road
Suite 2
Charlottesville VA 22903


World of Mirth
3005 W. Cary Street
Richmond VA 23221


World of Mirth
3005 W. Cary St.
Richmond VA 23221


WRIR
PO Box 5722
Richmond VA 23220

```
WTJU FM-Univ. of Va.
University of Virginia
PO Box 400811
Charlottesville VA 22903


WWBT TV12
PO Box 12
Richmond VA 23218



WYN Consulting, Inc.
7400 Beaufont Springs Dr.
Suite 300
Richmond VA 23225


Zion Rootswear
c-o Transworld Systems
4560 South Blvd.#100
Virginia Beach VA 23452-1160
```

# United States Bankruptcy Court
### Eastern District of Virginia-Richmond Division

In re    **Plan 9, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Plan 9, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 18, 2011**

Date

**/s/ Joseph T. Liberatore VSB**

**Joseph T. Liberatore VSB #32302**

Signature of Attorney or Litigant

Counsel for    **Plan 9, Inc.**

**Crowley, Liberatore, Ryan & Brogan, PC**
**Town Point Center, Suite 300**
**150 Boush Street**
**Norfolk, VA 23510**
**(757) 333-4500 Fax:(757) 333-4501**